UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

BRIAN PERSINA AND JOAN BRAEGES,

        Plaintiff,

  v.

Civil Action No. 11-CV-858

H & P CAPITAL, INC.,

        Defendant.
_____

## STIPULATION OF DISCONTINUANCE

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for all parties to the above entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued with prejudice.

DATED:  November 25, 2013                        DATED: November 25, 2013

/s/ Seth J. Andrews_____        /s/ David G. Peltan_____
Seth J. Andrews, Esq.                             David G. Peltan, Esq.
Law Offices of Kenneth Hiller, PLLC        Peltan Law, PLLC
*Attorneys for Plaintiff*                                *Attorneys for Defendant*
6000 North Bailey Avenue, Suite 1A         128 Church Street
Amherst, New York 14226                        East Aurora, New York 14502
Phone:  (716) 564-3288                           Phone: (716) 374-5431